UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| JAI E. SMITH | ) CASE NO. 07-20372 RLK |
| DEBTOR(S) | ) 3/23/2009 |

MOTION TO DISMISS CONFIRMED CASE

Molly T. Whiton, Chapter 13 Trustee herein, respectfully represents:

The above Chapter 13 bankruptcy case was confirmed on September 25, 2007. The secured creditor treated under the plan has been granted relief from the automatic stay, and there are no creditors left to pay under the plan.

WHEREFORE, the Trustee moves that the proceeding be dismissed.

/s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT  06106
Tel:  860-278-9410 Fax: 860-527-6185
Email: mtwhiton@mtwhiton.com
Fed. Bar #02214

This is to certify that a copy hereof was mailed, postage prepaid, on the above date, to the following:

DEBTOR(S) HEREIN:
JAI E. SMITH
P. O. BOX 259
STORRS, CT  06268

Served electronically:

RONALD CHORCHES, ESQ.: RONCHORCHESLAW@SBCGLOBAL.NET.
OFFICE OF THE UNITED STATES TRUSTEE at:
USTPRegion02.NH.ECF@USDOJ.GOV.

/s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT  06106
Tel:  860-278-9410 Fax: 860-527-6185
Email: mtwhiton@mtwhiton.com
Fed. Bar #02214

Please set for: 4/30/09