# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:                                                                                    CASE NO.  07-20372
    Jai E. Smith

DEBTOR(S)                                                                           CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE

_____   The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112.

__XX__   A party in interest, (the Chapter 13 Trustee), other than the debtor has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case.  The court finds, after notice and a hearing, that the motion should be granted without prejudice.

_____   A Court's motion having been heard for failure to file_____ and notice having been given.

**IT IS ORDERED THAT:**

1. This chapter 13 case is dismissed.

2. The trustee shall file a final accounting under chapter 13 within 90 days from the date of this order.

3. The Order of September 25, 2007 directing the debtor's employer, State of Ct, Capital CC to make periodic payments made to the trustee is rescinded and future payments of wages should be made without such deductions.

Dated: May 1, 2009

Albert S. Dabrowski
Chief United States Bankruptcy Judge